# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIC KONINGS,<br><br>                Plaintiff,<br><br>v.<br><br>MESSERLI & KRAMER, P.A. and<br>CAPITAL ONE BANK (USA), N.A.,<br><br>                Defendants. | Case No. 19-CV-977-JPS<br><br>**ORDER** |

On July 9, 2019, this Fair Debt Collection Practices Act complaint was filed pursuant to 15 U.S.C. § 1692 *et seq*, alongside a motion to certify a class. (Docket #1, #3). On September 11, 2019, the parties filed a notice of a settlement in principle. (Docket #4). On October 3, 2019, the plaintiff filed a notice of dismissal with prejudice, with each party to bear its own costs and fees. (Docket #5). In light of this notice, the Court will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's motion to certify class (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs and fees to either party.

Dated at Milwaukee, Wisconsin, this 3rd day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge